# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD BURTON, on behalf of himself and others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>  Defendant. | Judge Hon. Andrea R. Wood<br>Magistrate Judge Hon. Jeffrey T. Gilbert<br><br>No. 1:19-cv-05784 |

## STIPULATION OF DISMISSAL

NOW COMES Plaintiff, by and through his respective attorneys, and hereby voluntarily dismisses all of his claims against Redbox Automated Retail, LLC *without* prejudice. This dismissal shall convert to a dismissal *with* prejudice on May 3, 2021 without any further action by either party or this Court. This dismissal disposes of the entire action.

Dated: December 24, 2020

Respectfully submitted,

By: */s/ Elizabeth Fegan*
Elizabeth Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, Illinois 60606
Tel: (312) 741-1019
beth@feganscott.com

Daniel C. Girard (ID No. 114826)
Simon S. Grille (ID No. 294914)
GIRARD SHARP LLP
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
sgrille@girardsharp.com

*Attorneys for Plaintiff Richard Burton*

*/s/ Martin W. Jaszczuk*
Martin W. Jaszczuk
Margaret M. Schuchardt
JASZCZUK P.C.
30 South Wacker Drive, Suite 2200
Chicago, IL 60606
Tel: (312) 442-0509
Fax: (312) 442-0519
mjaszczuk@jaszczuk.com
mschuchardt@jaszczuk.com

*Attorneys for Defendant Redbox Automated Retail, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing STIPULATION OF DISMISSAL was served via the CM/ECF system on December 24, 2020.

*/s/ Elizabeth Fegan*